

| | HINSHAW & CULBERTSON LLP | |
|---|---|---|
| | Attorneys at Law | |
| | 800 Third Avenue | Jason J. Oliveri |
| | 13th Floor | 212-471-6237 |
| | New York, NY 10022 | joliveri@hinshawlaw.com |
| | 212-471-6200 | |
| | 212-935-1166 (fax) | |
| | www.hinshawlaw.com | |

June 2, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:          **Smith v. USAA FSB;**
                        **Docket No. 25-cv-07675 (KMK)**

Dear Judge Karas:

Defendant, USAA Federal Savings Bank, by its undersigned counsel, respectfully submits this letter motion, with the consent of Plaintiff, requesting a 60 day extension of the current discovery deadline, from July 10, 2026 to September 10, 2026. This request is made in accordance with the Court's Individual Rules.

The parties have exchanged written discovery demands, and settlement discussions remain ongoing. In addition, the parties are in the process of exchanging certain documents to facilitate Plaintiff's settlement demand and to enable the parties to evaluate a potential resolution more concretely. Under these circumstances, a 60 day extension of the discovery deadline will provide sufficient time for those exchanges and discussions to continue productively.

This is the first request made specifically for an extension of the discovery deadline. A prior request asked the Court for permission to extend the deadlines set forth in the Case Management and Scheduling Order by three weeks, which the Court granted. *See* Doc. No. 20. The parties are cautiously optimistic that, if given the additional time requested, they can settle the action without further court intervention.

1

**RESPECTFULLY SUBMITTED,**

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendants*

_____/s/ Jason J. Oliveri_____

Jason J. Oliveri
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6200

Granted, but no more such extensions
will be granted.  The case
management conference is adjourned
to10/27 /26, at 10:30 The pre-
motion letter deadlines are moved
accordingly.

So Ordered.

6/2/26

2